UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-00111-D-2

UNITED STATES OF AMERICA

v.

MARK ANTHONY DAYE

ORDER

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Sentencing Memorandum, which is docket entry number 444. The Court is of the opinion that the Sentencing Memorandum, this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the _13_ day of December, 2017.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE